**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **ROBERT BARTLETT** | ) |
| 540 N. Brush Street, Apt. 14 | ) Case No:  3:13-cv-603 |
| Fremont, Ohio 43420, | ) |
| | ) JURY DEMAND REQUESTED |
| Plaintiff, | ) |
| v. | ) **CIVIL COMPLAINT** |
| | ) **(Unlawful Debt Collection Practices)** |
| | ) |
| **ASSET ACCEPTANCE, LLC** | ) |
| c/o CT Corporation System | ) |
| 1300 East Ninth Street | ) |
| Cleveland, Ohio 44114, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**COMPLAINT**

PLAINTIFF Robert Bartlett (Plaintiff), by his attorneys, KAHN AND ASSOCIATES, L.L.C., alleges the following against DEFENDANT Asset Acceptance, LLC (Defendant):

**INTRODUCTION**

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

**JURISDICTION AND VENUE**

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

3. Because Defendant conducts business in Ohio, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

**PARTIES**

5. Plaintiff is a natural person who resides in the city of Fremont, Sandusky County, Ohio

and is allegedly obligated to pay a debt, and Plaintiff is a "consumer" as that term is defined by *15 U.S.C. 1692a(3)*.

6. Pursuant to the definitions outlined in *15 U.S.C. 1692a(1-6)*, Defendant is a debt collector and sought to collect a consumer debt from Plaintiff which was allegedly due and owing from Plaintiff, and Plaintiff is a consumer debtor.

7. Defendant is a Delaware corporation and a debt collector with an office in Warren, Michigan.

8. Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by *15 U.S.C. § 1692a(6)*.

9. Defendant is a collection agency that in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

### FACTUAL ALLEGATIONS

10. Defendant is attempting to collect an allegedly due and owing consumer debt from Plaintiff that was incurred for personal, family, or household purposes.

11. Plaintiff receives collection calls from Defendant at telephone number 567.201.2405 and 419-355-0441.  Defendant places collection calls from telephone numbers that include 301.223.0096.

12. Defendant places collection calls to Plaintiff on a frequent, repeated, and excessive basis for purposes of annoying or harassing Plaintiff.  Defendant calls Plaintiff on a daily basis, sometimes multiple times in the same day.  Defendant has called Plaintiff as many as 5 times in one day.

## COUNT I

### DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

13. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692c(a)(1)* by, without the prior direct consent of the consumer, communicating with the consumer at any unusual time or place or a time and place known to be inconvenient to the consumer, including before 8:00 AM and after 9:00 PM local time at the consumer's location.

    b. Defendant violated *§1692d* by engaging in conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt.

    c. Defendant violated *§1692d(5)* by causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person at the called number.

WHEREFORE, Plaintiff, Robert Bartlett, respectfully requests judgment be entered against Defendant, for the following:

14. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

15. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

16. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff, Robert Bartlett, requests a jury trial in this case.

Respectfully submitted,

**KAHN & ASSOCIATES, LLC**

*/s/ J. Daniel Scharville*

J. DANIEL SCHARVILLE (0071132)
6200 Rockside Woods Blvd., Suite 215
Cleveland, Ohio 44131
216.621.6101 Telephone
216.621.6006 Facsimile

Attorney for Plaintiff