**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT BARTLETT, | ) | CASE NO. 3:13-cv-603 |
| | ) | |
| Plaintiff, | ) | JUDGE ZOUHARY |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE KNEPP |
| | ) | |
| | ) | <u>NOTICE OF SETTLEMENT</u> |
| ASSET ACCEPTANCE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | / | |

PLAINTIFF, Robert Bartlett, respectfully informs the Court that the parties have reached a mutual agreement to settle this case and that Plaintiff will submit a formal dismissal entry within thirty (30) days.

Respectfully Submitted,

KAHN & ASSOCIATES, L.L.C.

*/s/ J. Daniel Scharville*
_____
J. DANIEL SCHARVILLE (0071132)
6200 Rockside Woods Blvd – Suite 215
Independence, Ohio 44131
(216) 621-6101
(216) 621-6006 Facsimile
Attorney for Plaintiff